```
Steven M. Weiss, State Bar #197374
Bay Area Legal Aid
405 14th St., 11th floor
Oakland, CA 94612
Phone: (510) 663-4744 x5206
Fax:   (510) 663-4740
```

Attorney for Plaintiff CARMEN BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CARMEN BROWN,<br><br>        Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>        Defendant. | CIVIL NO. C-05-02833 EMC<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE REPLY BRIEF<br><br>ORDER |
|---|---|

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that plaintiff shall have an extension of 30 days in which to file a motion for summary judgment or remand. Plaintiff's reply was due on June 9, 2006, pursuant to Civil L.R.16-5. Plaintiff's response is now due on July 10, 2006.

/

/

STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY BRIEF – C-05-02833 EMC

This is plaintiff's first request for an extension of time.

Dated: June 2, 2006        /
                           STEVEN M. WEISS
                           Attorney for Plaintiff


                           KEVIN V. RYAN
                           United States Attorney

Dated:   06/05/06     By:      /
                           SARA WINSLOW
                           Assistant U.S. Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED. Plaintiff's reply shall be filed by July 10, 2006.

Dated: June 7, 2006

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE
Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY BRIEF – C-05-02833 EMC